**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUAN NAVARRO AVILA,<br><br>                    Plaintiff,<br><br>      v.<br><br>PGE, INC. D/B/A SORRISO RESTAURANT, ET AL.,<br><br>                  Defendants.. | )<br>)<br>)<br>)  Civil Action No.<br>)  1:13-CV-01779-EGS<br>)<br>)<br>)  Judge Emmet G. Sullivan<br>)<br>)<br>)<br>) |

**NOTICE OF DISMISSAL WITH PREJUDICE**

      PLEASE TAKE NOTICE THAT Plaintiff, by and through her undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(i), hereby dismisses this action with prejudice.

Date: February 3, 2014                      Respectfully submitted,

                                               */s/ Gregg C. Greenberg*

                                               _____
                                               Gregg C. Greenberg (#MD17291)
                                               The Zipin Law Firm, LLC
                                               836 Bonifant Street
                                               Silver Spring, MD 20910
                                               Tel. (301) 587-9373
                                               Fax (301) 587-9397
                                               ggreenberg@zipinlaw.com

                                               *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on this 3rd day of February, 2014, I served a copy of the foregoing document electronically by the Court ECF System on:

Donald R. Livingston, Esquire
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C.  20036

                        /s/ Gregg C. Greenberg
                        Gregg C. Greenberg